leave to appear amici curiae on the appeal herein granted to the extent that the proposed brief is accepted as filed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YOLANDA BILLINGSLEA, Appellant.

Submitted July 18, 2005; decided August 25, 2005

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BOYER, Appellant.

Submitted July 11, 2005; decided August 25, 2005

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARTOLOME BRITO, Appellant.

Submitted August 8, 2005; decided August 25, 2005

Motion to waive certain requirements of the Rules of the Court of Appeals denied. The appeal may, however, be prosecuted upon a copy of the reproduced record used at the Appellate Division and 20 copies each of appellant's Court of Appeals brief and appendix pursuant to section 500.5 (a) (2) of the Rules of the Court of Appeals (22 NYCRR 500.5 [a] [2]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TREVOR BURNS, Appellant.

Submitted August 22, 2005; decided August 25, 2005